Patrick H. Dwyer (SBN 137743)
P.O. Box 1705
Penn Valley, CA 95946
Telephone: (530) 432-5407
Fax: (530-432-9122
pdwyer@pdwyerlaw.com
Attorneys for Plaintiff

Lindsey M. Romano (SBN: 337600)
lromano@grsm.com
Allison J. Becker (PRO HAC VICE)
abecker@grsm.com
Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 875-4126
Facsimile:  (415) 986-8054
Attorneys for Defendants
WELLPATH MANAGEMENT, INC., DEBORAH WAGNER, GEORGE MCKNIGHT, AMY QUARRE, AND DR. JOSEPH BRITTON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTIAN AARON DAVIS,<br><br>             Plaintiffs,<br><br>vs.<br><br>NEVADA COUNTY, CALIFORNIA, Operator of the Nevada County Sheriff's Department, OFFICER BRENDA AMERIO, WELLPATH MANAGEMENT, INC., DEBORAH WAGNER, GEORGE MCKNIGHT, AMY QUARRE, DR. JOSEPH BRITTON, and DOES 1 THROUGH 10,<br><br>             Defendants. | CASE NO.  2:23-cv-01915-JAM-CSK<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANTS COUNTY OF NEVADA, OFFICER BRENDA AMERIO, WELLPATH MANAGEMENT, INC., DEBORAH WAGNER, GEORGE MCKNIGHT, AMY QUARRIE AND DR. JOSEPH BRITTON** |

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii) and the terms of the settlement agreement, Plaintiff Christian Aaron Davis ("Plaintiff") and Defendants County of Nevada, Officer Brenda Amerio, Wellpath Management, Inc., Deborah Wagner, George McKnight, Amy Quarrie, and Dr. Joseph Britton (collectively, with Plaintiff, the "Parties") stipulate to the to the dismissal of the entire action, with prejudice. Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Respectfully Submitted,

Dated: April 3, 2024　　　　　　　　　　PATRICK H. DWYER, ESQ.

By: <u>/s/ Patrick H. Dwyer, Esq.</u>
　　<u>(Authorized on 4/2/24)</u>
　　Patrick H. Dwyer
　　Attorney for Plaintiff

Dated: April 3, 2024　　　　　　　　　　PORTER SCOT

By: /s/Matthew W. Gross
　　Matthew W. Gross
　　Attorney for Defendants
　　Nevada County, Nevada County Sheriff's Department,
　　and Officer Brenda Amerio

Dated: April 3, 2024　　　　　　　　　　GORDON REES SCULLY MANSUKHANI, LLP

By: <u>/s/ Lindsey M. Romano</u>
　　<u>Authorized on 4/2/24)</u>
　　Lindsey M. Romano
　　Attorney for Wellpath Defendants

*Gordon Rees Scully Mansukhani, LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA 94111*

**ATTESTATION**

I, Patrick H. Dwyer, Esq., attest that all other signatures listed, and on whose behalf this filing is submitted, concur in the filing's contents and have authorized the filing.

*/s/ Patrick H. Dwyer, Esq.*
Patrick H. Dwyer

-3-
STIPULATION AND ORDER TO DISMISS DEFENDANTS COUNTY OF NEVADA, OFFICER BRENDA AMERIO, WELLPATH MANAGEMENT, INC., DEBORAH WAGNER, GEORGE MCKNIGHT, AMY QUARRIE AND DR. JOSEPH BRITTON

## ORDER DISMISSING CASE WITH PREJUDICE

Based on the Parties' stipulated request and good cause appearing, the Court **GRANTS** the Parties' stipulation as follows:

a.   Defendants County of Nevada, Officer Brenda Amerio, Wellpath Management, Inc., Deborah Wagner, George McKnight, Amy Quarrie, and Dr. Joseph Britton are **DISMISSED** from the case.

b.   The Parties will bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: April 03, 2024          /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               SENIOR UNITED STATES DISTRICT JUDGE